FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 10 2019 ★
BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YOLANDA LANGSTON, *on behalf of herself and others similarly situated*,

                Plaintiffs,

v.

ALINA SERVICES CORP., *et al.*,

                Defendants.
-------------------------------------------------------------------X

**DECISION & ORDER**
19-CV-1043 (WFK) (JO)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On November 20, 2019, Plaintiffs filed a motion for settlement approval. *See* ECF No. 25. On November 22, 2019, Magistrate Judge James Orenstein issued a sua sponte Report and Recommendation ("R&R"), concluding the settlement was fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). *See* Nov. 22, 2019 Report & Recommendation. The parties were directed to file any objections to the Report and Recommendation by December 6, 2019. Neither party has filed any objections to date.

The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). We find no such error here. The Court therefore adopts the sua sponte Report and Recommendation of Magistrate Judge Orenstein in its entirety. Accordingly, the motion for settlement approval (ECF No. 25) is hereby GRANTED, in accordance with the R&R.

                              **SO ORDERED.**

                              s/WFK

Dated: December 9, 2019                 HON. WILLIAM F. KUNTZ, II
       Brooklyn, New York              United States District Judge